# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

June 26, 2007

Honorable Jimm Larry Hendren
Chief United States District Judge
35 East Mountain Street, Suite 559
Fayetteville, AR 72701

RE:  **BARROSO-GOMEZ, Cayetano**
Dkt. No. 5:04CR50004-001
<u>Violation Report</u>

Dear Judge Hendren,

This is to seek the Court's guidance in the matter of supervision in the case regarding possible violation(s) of supervision on the above-named individual. On April 9, 2004, Cayetano Barroso-Gomez was sentenced by Your Honor to 9 months imprisonment and a 3 year term of supervised release for fraud and misuse of a social security card to obtain employment. The term of supervised release commenced on September 3, 2004.

On September 3, 2004, Barroso-Gomez released to an Adair County, Oklahoma warrant. However, the defendant released from Adair County custody this same date. According to ICE, an immigration detainer remained in place at the time Barroso-Gomez released from federal prison. On June 19, 2007, Barroso-Gomez was located by an ICE Special Agent in the Springdale, Arkansas Police Department Jail after having been arrested for failure to appear on a traffic citation. Contact with Springdale, Arkansas District Court revealed Barroso-Gomez has an outstanding fine/cost balance of $2,435. It is unclear if Barroso-Gomez was arrested on new charges since his release from custody in 2004. A records check did not reveal any new felony arrests.

Barroso-Gomez's term of supervised release is scheduled to terminate on September 2, 2007. Immigration and Customs Enforcement (ICE) has processed Barroso-Gomez for deportation and has advised he will be moved to Oakdale, Louisiana on June 28, 2007 where he will await deportation. Accordingly, it is respectfully recommended that this case be allowed to expire as scheduled on September 2, 2007. If further information is needed or if the Court prefers to handle this matter differently, please advise.

Barroso-Gomez, Cayetano
Violation Report
Page 2

Respectfully,

*[signature]*

Michael K. Scott
U.S. Probation Officer

Reviewed by

*[signature]*

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Allow Supervision Case to Expire

____ Submit Petition for Violation

____ Other _____

_____, 6/26/07
Honorable Jimm Larry Hendren          Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 6 2007

CHRIS R. JOHNSON, CLERK
BY *[signature]*
   DEPUTY CLERK